FILED
CLERK, U.S. DISTRICT COURT

AUG 2 5 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WALMER BRITTAIN JR., | ) NO. CV 05-5817-CBM (E) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| T. SCHWARTZ, Warden | ) |
| Respondent. | ) |

Pursuant to the April 17, 2008 Order of the United States Court of Appeals for the Ninth Circuit and the Ninth Circuit's Mandate issued on May 15, 2008, and in light of Petitioner's death,

IT IS ADJUDGED that the Petition is dismissed as moot.

DATED: 8/25, 2008.

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE